# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE BRENNAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHNSON & JOHNSON; ETHICON, INC.,<br><br>　　　　Defendants. | Case No. 5:20-cv-01954 VAP (KKx)<br><br>[PROPOSED] **ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>The Honorable Kenly Kiya Kato<br><br>**[NOTE CHANGES BY COURT]** |

///
///
///
///
///
///
///
///
///

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Court has received and considered Plaintiff Michelle Brennan and Defendants Johnson & Johnson and Ethicon, Inc.'s (collectively, the "Parties") Stipulated Protective Order.  Pursuant to the Parties' stipulation and for good cause shown, IT IS ORDERED that the Parties' Stipulated Protective Order attached hereto is approved and shall be the Order of the Court.

**IT IS SO ORDERED.**

DATED:  November 4, 2021



_____
HONORABLE KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE